# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIBCO INC.,** | : | CIVIL ACTION NO. 1:17-CV-1739 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **VIEGA LLC,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 5th day of November, 2018, upon consideration of the motion (Doc. 23) to dismiss filed by Viega LLC ("Viega"), and the parties' briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Viega's motion (Doc. 23) to dismiss the complaint is DENIED.

2. Viega shall respond to plaintiff's complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania